**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7368

HARRY GOODMAN,

Plaintiff - Appellant,

versus

CORPORAL SAL; CORPORAL MILES; LOWRY, in his
official and individual capacity; GRAHAM
SMITH, Officer; JOHN DOE, Shift Supervisor;
CORPORAL DAVIS; JOHN LAMBERT, Administrator;
NURSE MCDOUGALL; FLORENCE COUNTY DETENTION
CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence. G. Ross Anderson, Jr., District Judge.
(CA-98-1761-4-13BF)

Submitted: February 29, 2000          Decided: March 20, 2000

Before WIDENER, MURNAGHAN, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harry Goodman, Appellant Pro Se.  Robert Thomas King, WILLCOX,
BUYCK & WILLIAMS, P.A., Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry Goodman appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Goodman v. Sal, No. CA-98-1761-4-13BF (D.S.C. Sept. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

AFFIRMED